**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KEVIN WILSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:13-CV-01034-RLV |
| | ) | |
| CITY OF ATLANTA, GEORGIA | ) | |
| and OMARI PRICE | ) | |
| Defendants. | ) | |

**JOINT MOTION TO REFER CASE TO MEDIATION**

COMES NOW, Plaintiff and Defendants, by and through their undersigned counsel, and request that this Court refer the instant case to mediation before a United States Magistrate. The parties have conferred and agree that there is a reasonable likelihood that this matter may be resolved through mediation.

The parties further request that the Court grant the parties an extension of time to submit the pre-trial order until thirty (30) days after the conclusion of mediation in the event that the parties do not reach resolution at mediation. The parties will advise the court of whether they were able to resolve the case in mediation.

The parties submit that the instant motion may conserve the time and resources of both the parties and the Court, and respectfully request that the instant motion be Granted.

A proposed order is attached hereto.

Respectfully submitted this 20th day of June, 2014.

/s/ *James Radford*
James E. Radford, Jr.
Georgia Bar No. 108007
*Counsel for Plaintiff*

James Radford, LLC
545 N. McDonough St., Suite 212
Decatur, Georgia 30030
(678) 369-3609
james@jamesradford.com

/s/ *VERONICA L. HOFFLER*
VERONICA L. HOFFLER
Ga. Bar No. 358799
*Counsel for Defendants*

City of Atlanta Law Dept
68 Mitchell Street SW,
Suite 4100
Atlanta, GA 30303

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN WILSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:13-CV-01034-RLV |
| | ) | |
| CITY OF ATLANTA, GEORGIA | ) | |
| and OMARI PRICE | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **JOINT MOTION TO REFER CASE TO MEDIATION** with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to all counsel of record

Respectfully submitted this 20th day of June, 2014.

/s/ James Radford
James E. Radford, Jr.
Georgia Bar No. 108007

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN WILSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:13-CV-01034-RLV |
| | ) | |
| CITY OF ATLANTA, GEORGIA | ) | |
| and OMARI PRICE | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the parties Joint Motion To Refer Case to Mediation, IT IS HEREBY ORDERED that this case be referred to the next available magistrate judge, for the purposes of conducting a mediation.

IT IS FURTHER ORDERED that the deadline for the parties to submit a pre-trial order is extended until thirty (30) days following the completion of mediation. The parties shall inform the Court if the mediation was successful.

SO ORDERED this \_\_\_\_ day of June, 2014.

_____
Robert L. Vining
United States District Judge