FILED IN CHAMBERS
U.S.D.C. - Rome

JUN 2 6 2014

JAMES N. HATTEN, Clerk
               Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN WILSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1:13-CV-01034-RLV |
| | ) | |
| CITY OF ATLANTA, GEORGIA | ) | |
| and OMARI PRICE | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the parties Joint Motion To Refer Case to Mediation, IT IS HEREBY ORDERED that this case be referred to the next available magistrate judge, for the purposes of conducting a mediation.

IT IS FURTHER ORDERED that the deadline for the parties to submit a pre-trial order is extended until thirty (30) days following the completion of mediation. The parties shall inform the Court if the mediation was successful.

SO ORDERED this 26th day of June, 2014.

Robert L. Vining
United States District Judge