# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-01034-RLV
## Wilson v. City of Atlanta, Georgia et al
## Honorable Walter E. Johnson

Minute Sheet for proceedings held In Chambers on 8/6/14.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:30 P.M.
TIME IN COURT: 2:30
OFFICE LOCATION: Atlanta

DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Tamara Baines representing City of Atlanta, Georgia |
| | Veronica Hoffler representing City of Atlanta, Georgia |
| | Andrew Lynch representing Kevin Wilson |
| | James Radford representing Kevin Wilson |
| OTHER(S) PRESENT: | Kevin Wilson |
| | Alexis Randall |
| | Lauren Jefferson |
| PROCEEDING CATEGORY: | Mediation |
| MINUTE TEXT: | Mediation held. Case settled. |
| HEARING STATUS: | Hearing Concluded |